UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAYNA L.W.,[1]<br><br>    Petitioner,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2]<br><br>    Respondent. | Case No. 4:21-cv-00169-DCN-DKG<br><br>**ORDER** |

On September 4, 2018, Petitioner Rayna L.W. filed a Title II application for a period of disability and disability insurance benefits and a Title XVI application for supplemental security income. Both applications allege disability beginning on August 20, 2018. The applications were denied initially and on reconsideration. After exhausting her administrative remedies, Petitioner sought the Court's review.

On June 27, 2022, United States Magistrate Judge Debora K. Grasham issued a Report and Recommendation in this matter. Dkt. 28. Pursuant to statute, Judge Grasham gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi is substituted for Andrew Saul pursuant to Federal Rule of Civil Procedure 25(d). Kijakazi became the Acting Commissioner of the Social Security Administration on July 9, 2021.

ORDER – 1

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Grasham's Report and Recommendation in its entirety and enters the following order consistent with the same.

## ORDER

**NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. The Report and Recommendation entered on June 27, 2022 (Dkt. 28), is **INCORPORATED** and **ADOPTED** in its entirety;

2. The Petition for Review (Dkt. 1) is **GRANTED**;

3. The Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings consistent with the Report and Recommendation.

4. The Court will enter a separate judgment in favor of Petitioner in accordance with Federal Rule of Civil Procedure 58 and 42 U.S.C. § 405(g).

DATED: July 13, 2022

_____
David C. Nye
Chief U.S. District Court Judge